# United States Bankruptcy Court
## District of Nevada

In re   T-SHACK, INC                                      Case No. _____
                         Debtor(s)                        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the REGISTERED AGENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   April 5, 2022                    /s/ RAYMOND ZAJAC
                                         RAYMOND ZAJAC/REGISTERED AGENT
                                         Signer/Title

T-SHACK, INC
405 COUNTY RD 25
Mantador, ND 58058-4026

MICHAEL J. HARKER
LAW OFFICES OF MICHAEL J. HARKER
2901 EL CAMINO AVE STE# 200
Las Vegas, NV 89102

PRESTIGE DEFAULT SERVICE, LLC
1920 OLD TUSTIN AVE.
Santa Ana, CA 92705

QUALITY LOAN SERVICE CORPORATION
2763 CAMINO DEL RIO SOUTH
San Diego, CA 92108