Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE: | § | Case Number: 22-11197-mkn |
| **T-Shack, Inc,** | § | |
| | § | Chapter: 11 |
| | § | |
| Debtor. | § | |

**REQUEST FOR SPECIAL NOTICE**
**PURSUANT TO BANKRUPTCY RULES**
**2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP and NewRez LLC d/b/a Shellpoint Mortgage Servicing hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

| | |
|---|---|
| NewRez LLC, f/k/a New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing PO Box 10826 Greenville, SC 296030826 | McCarthy & Holthus, LLP 9510 West Sahara Avenue, Suite 200 Las Vegas, NV 89117 (877) 369-6122 |

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. NewRez LLC d/b/a Shellpoint Mortgage Servicing must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 4/12/2022                                McCarthy & Holthus, LLP

                                By:   /s/  Michael Chen

M&H File No. NV-22-169486

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

Michael Chen, Esq.
Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing, its assignees and/or successors

M&H File No. NV-22-169486